IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IGGESUND TOOLS AB, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | Civil Action No.: 1:07-CV-949-WSD |
| v. ) | |
| ) | |
| KEY KNIFE, INC. ) | |
| ) | |
| Defendant. ) | |

## **STIPULATION OF DISMISSAL**

This cause having come on to be heard upon the application of the parties hereto, and the parties having agreed upon a basis of settlement of the matters averred in the Complaint and in Defendant's counterclaims, and the parties having agreed that an order in the form herein set forth be entered and approved by the Court, it is hereby:

NOW, THEREFORE, STIPULATED, ORDERED AND ADJUDGED:

1. This is an action for patent infringement under the patent laws of the United States, Title 35, United States Code.

2. This Court has jurisdiction over the parties and the subject matter of this action under 28 U.S.C §§ 1331 and 1338(a). Venue is proper in this Court pursuant to 28 U.S.C §§ 1391(b), (c) and (d).

3. The parties shall comply with the terms of the Settlement Agreement among the parties dated December 31, 2008 ("Settlement Agreement").

4. All claims filed by Plaintiffs in this action against Defendant are hereby dismissed with prejudice.

5. All counterclaims filed by Defendants against Plaintiffs in this action are hereby dismissed with prejudice.

6. Each party shall bear its own costs and attorney fees.

7. This Stipulation of Dismissal and Order shall be binding upon the parties and their respective successors and assigns.

8. This Court retains jurisdiction to enforce the terms and provisions of the Settlement Agreement.

Dated:   January ___, 2009

_____
William S. Duffey, Jr.
United States District Judge

- 3 -

Entry of the Foregoing Stipulation of Dismissal and Order is hereby consented to:

Iggesund Tools AB
Iggesund Tools, Inc.

/s/ Pasquale A. Razzano
Pasquale A. Razzano
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, NY  10112
prazzano@fchs.com

George L. Murphy, Jr.
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4539
gmurphy@kilpatrickstockton.com

Attorneys for Plaintiff


/s/ John M. Bowler
Douglas D. Salyers (623425)
John M. Bowler (071770)
Troutman Sanders LLP
Bank of America Plaza, Ste. 5200
600 Peachtree Street, N.E.
Atlanta, GA  30308
doug.salyers@troutmansanders.com
john.bowler@troutmansanders.com

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IGGESUND TOOLS AB, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| | ) | Civil Action No.: 1:07-CV-949-WSD |
| v. | ) | |
| | ) | |
| KEY KNIFE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing *Stipulation of Dismissal* with the Clerk of Court using CM/ECF, which will automatically send email notification of such filing to counsel for Plaintiffs as follows:

Pasquale A. Razzano  
John D. Carlin  
Sarah Sheldon Brooks  
Fitzpatrick, Cella, Harper & Scinto  
30 Rockefeller Plaza  
New York, New York  10112  
prazzano@fchs.com  
jcarlin@fchs.com  
ssbrooks@fchs.com  

George L. Murphy, Jr.  
Audra A. Dial  
Kilpatrick Stockton, LLP  
1100 Peachtree Street, Suite 2800  
Atlanta, Georgia  30309-4530  
gmurphy@kilpatrickstockton.com  
adial@kilpatrickStockton.com

- 2 -

This 6th day of January, 2009.

                                        /s/ John M. Bowler
                                        John M. Bowler
                                        Attorney for Defendant