IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IGGESUND TOOLS AB, et al. | ) |
| Plaintiffs, | ) ) ) ) |
| v. | ) Civil Action No.: 1:07-CV-949-WSD ) ) |
| KEY KNIFE, INC. | ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

This cause having come on to be heard upon the application of the parties hereto, and the parties having agreed upon a basis of settlement of the matters averred in the Complaint and in Defendant's counterclaims, and the parties having agreed that an order in the form herein set forth be entered and approved by the Court, it is hereby:

NOW, THEREFORE, STIPULATED, ORDERED AND ADJUDGED:

1. This is an action for patent infringement under the patent laws of the United States, Title 35, United States Code.

2. This Court has jurisdiction over the parties and the subject matter of this action under 28 U.S.C §§ 1331 and 1338(a). Venue is proper in this Court pursuant to 28 U.S.C §§ 1391(b), (c) and (d).

3.   The parties shall comply with the terms of the Settlement Agreement among the parties dated December 31, 2008 ("Settlement Agreement").

4.   All claims filed by Plaintiffs in this action against Defendant are hereby dismissed with prejudice.

5.   All counterclaims filed by Defendants against Plaintiffs in this action are hereby dismissed with prejudice.

6.   Each party shall bear its own costs and attorney fees.

7.   This Stipulation of Dismissal and Order shall be binding upon the parties and their respective successors and assigns.

8.   This Court retains jurisdiction to enforce the terms and provisions of the Settlement Agreement.

Dated:   January 8, 2009

_____
William S. Duffey, Jr.
United States District Judge